IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELO BONACCI, JR.,<br><br>    Defendant. | 8:15CR229<br><br>SUBSTITUTION OF COUNSEL |

  The United States hereby notifies the Court of the substitution of Nancy A. Svoboda, Assistant United States Attorney, as counsel for the United States in this matter, replacing Doug Amen, who is no longer with this office.

  Please direct all future pleadings and correspondence to the undersigned.

                UNITED STATES OF AMERICA,
                Plaintiff

                DEBORAH R. GILG
                United States Attorney

                *s/Nancy A. Svoboda*
  By:  NANCY A. SVOBODA #17429
                Assistant United States Attorney
                1620 Dodge Street, Suite 1400
                Omaha, Nebraska  68102-1506
                (402) 661-3700

CERTIFICATE OF SERVICE

  I hereby certify that on December 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                *s/Nancy A. Svoboda*
                NANCY A. SVOBODA
                Assistant United States Attorney