IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANGELO BONACCI, JR.<br><br>　　　　　　Defendant. | **8:15CR229**<br><br>**ORDER** |

　　　　This matter comes before the Court on the Defendant's Motion to Withdraw without Prejudice, Defendant's Motion for Compassionate Release (Filing No. 50). The Court being advised in the premises finds that such an Order is proper.

　　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this motion be withdrawn without prejudice.

Dated this 12th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge