IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15CR229 |
| vs. | ORDER |
| ANGELO BONACCI JR., | |
| Defendant. | |

This matter is before the Court on Defendant's motion to return money seized on June 5, 2015. Filing No. 55. The Court has carefully reviewed the record and is uncertain as to what the defendant is referring. The Court will give Defendant 14 days from the date of this Order to file a reply indicating which Docket Number the motion is referring and to attach any documentation regarding the seizure of money. Failure to do so will result in denial of the motion.

Dated this 12th day of April, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge